PER CURIAM.

(No. 74-CC-133—Claimant )

HUBERT DUNLAP, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed January 22, 1974.*

HUBERT DUNLAP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

This cause coming on to be heard on the Joint Stip-
ulation of the parties hereto and the Court being fully
advised in the premises;

This court finds that the purpose of this expenditure
by the Division of Vocational Rehabilitation was for
travel expenses for an employee for the months of March,
April, May and June of 1973 for a total cost of $298.75.
These services were properly authorized and properly
performed. The charges are in compliance with existing
travel regulations. Money was appropriated for this ex-
penses in Fund No. 081-4415, a federal trust fund which
carried a balance of $136,969.43 on June 30, 1973. Since
this appropriation is a federal trust fund, no amount was
returned to the State Treasury; however by agreement of
William T. Coleman, Deputy Director, Fiscal and Ad-

ministrative Services, Board of Vocational Education and Rehabilitation, upon the payment of this claim, the amount of $298.75 will be reimbursed to the State Treasury from existing federal funds.

It is, therefore, ordered that the sum of $298.75 (Two Hundred Ninety-Eight Dollars and Seventy-Five Cents) be awarded claimant in full satisfaction of any and all claims presented to the State of Illinois under the above-captioned cause.